UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:11CR260 HEA |
| | ) |
| Antonio Linares | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Comes now, Shae Rucker, U.S. Pretrial Services Officer, respectfully requests the conditions of release ordered on July 11, 2011, be modified to include a condition requiring the defendant to participate in program of electronic monitoring with a curfew instead of home detention.

      /s/Nannette A. Baker
      The Honorable Nannette A. Baker
      U.S. Magistrate Judge

Dated this 26th day of August, 2011.